IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APRIL BECK, individually, and on Behalf of All Others Similarly Situated, | Case No.: 12-CV-00330-DRH-PMF |
| GAYLE HATFIELD, individually, and on Behalf of All Others Similarly Situated, | Case No.: 12-CV-00331-DRH-PMF |
| MICHELE MARLOW AND TONYA SMITH, individually, and on Behalf of All Others Similarly Situated, | Case No.: 12-CV-00332-DRH-PMF |
| MICHELLE WHITE, individually, and on Behalf of All Others Similarly Situated, | Case No.: 11-CV-00971-DRH-PMF |

Plaintiffs,

v.

VNA HOMECARE, INC., d/b/a VNA TIP HOMECARE,

Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This matter is before the Court on Plaintiff's Motions to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiffs' Motions to Dismiss, these cases are **DISMISSED with prejudice**.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/Sara Jennings
Deputy Clerk

Dated:  April 14, 2014

APPROVED:

Digitally signed by David R. Herndon
Date: 2014.04.14 11:27:58 -05'00'

CHIEF JUDGE
U. S. DISTRICT COURT

2